**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                    **MEMORANDUM**
-------------------------------------------------------------X
FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,

      Government  Judge :  **Victoria Reznik, U.S.M.J**

  -against-      Case Number:  24cr253  KMK

Michael Anthony Sims,
      Defendant(s)
-------------------------------------------------------------X

   Honorable Kenneth M. Karas, United States District Judge

  On April 24, 2024, a Rule 11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: May 14, 2024
White Plains, New York

               Respectfully Submitted,

              s/VR
              Victoria Reznik, USMJ