

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

May 5, 2025

**BY ECF/EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Michael Fitzgerald Sims*, 24 Cr. 253 (KMK)

Dear Judge Karas:

The Government respectfully writes to provide a status update regarding the supervised release violation report recently filed in the above-captioned matter and to request, jointly with the defense, that the Court set a date for a status conference on August 13, 2025 or later.

On April 11, 2025, this Court issued a warrant for the arrest of the defendant in connection with the violation of supervised release report submitted by United States Probation ("Probation") Officer Erica Cudina and dated April 11, 2025 (the "Violation"). The defendant was arrested on April 29, 2025, presented before Magistrate Judge Judith C. McCarthy and detained pending availability of a bed at an in-patient treatment facility.[1] It is the parties' current understating that a bed will be available for the defendant on or about May 15, 2025, and the Government, Probation, and the United States Marshals Service have made arrangements for the defendant to be brought to the courthouse and released into custody of the in-patient treatment center on that day.

*[continued on the next page]*

---

[1] Although the Judge McCarthy heard argument regarding whether the defendant should be bailed or detained until a bed became available, the parties agreed that the defendant should go to in-patient treatment.

In order to provide the defendant an opportunity to complete, or otherwise make significant progress, with in-patient treatment before moving forward regarding the Violation, the parties now jointly propose that the Court schedule a status conference, at a time convenient for the Court, on August 13, 2025 or later.[2]

The Court will hold a status conference on 9/ 10 /25, at 10:00

So Ordered
5/5/25

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

---

[2] In the event that a bed fails to become available on the timeline set forth herein, defense counsel reserves the right to request to advance the matter of the Violation before this Court.

2